ORIGINAL

FILED

2006 OCT 25 AM 10: 08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SCOTT MCCLINTOCK,** | 05-1510 LAB (WMc) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **JAMES YATES, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the time for filing Respondent's Answer to the Petition is enlarged to and including November 2, 2006.

Petitioner may file a traverse to matters raised in the Answer no later than December 1 , 2006.

Dated: 10/24/06

_____
The Honorable William McCurine, Jr.

[PROPOSED] ORDER

Case No. 05-1510 LAB (WMc)

1

**DECLARATION OF SERVICE BY MAIL**

Case Name:   JOHN SCOTT MCCLINTOCK  v. JAMES YATES, Warden, et al.

Case No.:     05cv1510 LAB (WMc)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 17, 2006, I served the attached

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO PETITIONER'S HABEAS PETITION**

by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

JOHN SCOTT MCCLINTOCK
CDC Number: T-79940
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210

I declare under penalty of perjury the foregoing is true and correct, and this declaration was executed at San Diego, California, on October 17, 2006.

_____Bonnie Peak_____   _____(Signature)_____
(Typed Name)

DECLARATION OF SERVICE BY MAIL                    Case No. 05-1510 LAB (WMc)